# WebEx Hearing Instructions
## Judge Edward L. Morris

Pursuant to General Order 2023-05, subject to the discretion of the presiding judge of a particular case or proceeding to order otherwise, all hearings before the Court are currently being conducted in one of the following three ways depending upon the nature of the proceeding: (1) in a remote only mode (by video or telephone via the Court's WebEx platform); (2) in an in-person only mode (before the Court in the courtroom); or (3) in a hybrid mode (enabling participants to choose between appearing in person or remotely). For all cases and proceedings before Judge Morris, parties and counsel are required to comply with General Order 2023-05, subject to the permitted exceptions noted herein.

### PERMITTED EXCEPTIONS

Having taken into consideration repeated requests of counsel to be permitted to attend all hearings in person, even if designated as a remote only hearing pursuant to General Order 2023-05, for all cases and proceedings assigned to Judge Morris, **Judge Morris has determined to permit both in person and remote attendance at all hearings designated as remote only hearings under General Order 2023-05** (*i.e.*, all such hearings will be conducted in a hybrid mode instead of a remote only mode), provided that Judge Morris may order otherwise with respect to any particular hearing or proceeding in his discretion or for cause shown, and provided further that paragraph A.4. of the Procedures for Complex Cases in the Northern District of Texas (General Order 2026-02) shall govern the conduct of first day hearings in complex chapter 11 bankruptcy cases.

### WEBEX HEARING INSTRUCTIONS

**The following instructions apply to remote attendance at hearings**.

**General Information**:

Subject to compliance with the procedures and requirements set forth herein, counsel and other parties in interest are permitted to attend and participate in hybrid hearings by remote means (*i.e.*, by WebEx videoconference or telephonic conference) without first obtaining permission of the Court to do so. The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris
Meeting Number: 2309 445 3213

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access Code: 2309 445 3213

**Participation/Attendance Requirements Applicable to All Remote Attendees:**

- Requirements as to attendance by videoconference or telephonic conference:

  (1) For those who intend to question any witness(es) or seek the admission of any document(s) in evidence, such individuals must attend in a videoconference mode (as opposed to a telephonic conference mode).

  (2) For those who do not intend to question any witnesses or seek the admission of any documents in evidence but who nevertheless intend to actively participate in the hearing, such individuals are encouraged, but not required, to attend in a videoconference mode (*i.e.*, they may elect to participate solely in a WebEx telephonic mode).

  (3) All other counsel and parties in interest may attend in either a videoconference or telephonic conference mode.

- Remote attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to place on mute or expel any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04.

**Remote Witness Testimony**:

For witness testimony presented by remote means, such witness testimony must be provided with the WebEx video function activated. Witnesses are not permitted to provide testimony by telephone alone unless the Court finds cause to allow the testimony by such means (only in rare circumstances).

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at a hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.
- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing unless counsel will be presenting the binders to the Court, in person, at the commencement of the hearing.
- For any witness that is to be called to testify remotely, the party calling the witness must, in advance of the hearing, supply to the witness (or counsel for the witness, as appropriate) paper copies of all designated exhibits of all parties for the hearing so that all exhibits are readily available to the witness.

**Notice of Hearing Content and Filing Requirements for Hybrid Mode Hearings**:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted both in person and by WebEx means, (2) provide notice of the above WebEx video link, and (3) provide notice of the link to these instructions: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0
- When electronically filing the Notice of Hearing via CM/ECF select Judge Morris' Fort Worth courtroom as the location for the hearing. Do not select Judge Morris' WebEx videoconference link as the location for the hearing.

**Advisory to Counsel and Parties Electing to Participate Remotely**:

The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. **Those who elect to participate in the hearing by remote means do so at their own risk**, understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.

**Notice to Members of the Public**:

Pursuant to remote access policies adopted by the Judicial Conference of the United States, remote *video* access to Court hearings is only permitted for case participants (parties in interest and their professionals), and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants *may* be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The Court may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.