In Re: Phillips v. Perez et al
Case No. 26−42732−elm7 −7
Adv. No. 26−04123−elm

# SUMMONS SERVICE EXECUTED

I, Clayton L. Everett

of** Norred Law, PLLC 515 E. Border Street, Arlington, Texas 76010

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 22nd day of September, 2026 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Eliaser Perez

the defendant in this proceeding, by *{describe here the mode of service}*

Eliaser Perez
USPS First Class Mail &
Certified Mail Return Receipt Requested:
9589-0710-5270-3846-4401-50

Eliaser Perez,
c/o Christopher Marvin Lee and
Jon Mark Reaves
USPS First Class Mail &
Certified Mail Return Receipt Requested:
9589-0710-5270-3846-4388-74

the said defendant at

Eliaser Perez
5151 Lubbock Ave.
Fort Worth, TX 76115

Eliaser Perez
c/o Christopher Marvin Lee and
Jon Mark Reaves
Reaves & Lee, PLLC
8701 W. Bedford Euless Road, Suite 510
Hurst, TX 76053

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026 /s/ Clayton L. Everett
*(Date)* *(Signature)*

** Norred Law, PLLC 515 E. Border Street, Arlington, Texas 76010
*State mailing address*